UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION
CASE NO.: 22-cv-60624

OUTTA TOUCH HOLDINGS, LLC,
a Foreign Corporation,

    Plaintiff,

vs.

USA MARINE ENGINES, LLC,
a Florida Corporation,

    Defendant.
_____/

**COMPLAINT FOR DAMAGES**

Plaintiff, OUTTA TOUCH HOLDINGS, LLC, a Delaware Corporation (hereinafter referred to as "OUTTA TOUCH"), by and through its undersigned counsel, sues the Defendant, USA MARINE ENGINES, LLC, a Florida Corporation (hereinafter referred to as "USA MARINE") and states:

**JURISDICTIONAL STATEMENT AND IDENTIFICATION OF THE PARTIES**

1. This is an action for breach of contract, breach of express and implied warranties, and damages in excess of Seventy Five Thousand Dollars ($75,000.00), exclusive of interest, costs and attorneys' fees as to all counts.

2. At all times material hereto, Plaintiff OUTTA TOUCH was and is a Limited Liability Corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Dallas, Texas.

3. At all times material hereto, Defendant, USA MARINE, was and is a Limited Liability Corporation organized and existing under the laws of the state of Florida, with its principal place of business located in Fort Lauderdale, Florida.

4. At all times material hereto, Plaintiff OUTTA TOUCH was and is the owner of the M/Y *Outta Touch*, a 2000, 105' Intermarine motor yacht.

5. This Honorable Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because it is a civil action that is between citizens of different states and in which the amount in controversy exceeds $75,000, exclusive of interest and costs.

6. Venue is proper in Fort Lauderdale, Florida as the Defendant is domiciled and does business in this district and Fort Lauderdale was the final place of performance under the contract giving rise to the Plaintiff's claims.

7. All conditions precedent to the bringing of this action have been waived, performed and/or have been excused.

## FACTS COMMON TO ALL COUNTS

8. On or about November 10, 2021, USA MARINE issued its Quotation Number USA7602.1 for the overhaul of both the Port and Starboard engines of the M/Y *Outta Touch*, a copy of which is appended hereto and marked as "**Exhibit A**".

9. Prior to the provision of its Quotation, OUTTA TOUCH paid USA MARINE the sum of $15,000.00 to be applied to the contract price on signing and acceptance.

10. The engines to be overhauled are specifically identified as follows: Port Engine Model R1627K02, Port Unit: 5360200037 S.O. 373963 and Starboard Engine Model R1627K03, Starboard Unit: 2603110002 6.

11. The aforementioned Quotation sets forth an overhaul price of $361,200.00 less a customer discount in the amount of $7,100.00 for a sub total of $354,190.00 plus applicable taxes in the amount of $20,810.00 for a final estimate price of $375,000.00 with a 39-day turnaround time from the date of work commencement.

12. The Quotation further provides:

"*WARRANTY*

*USA Marine Engines LLC offers a 12 month warranty or 500 hours, whichever comes first around the globe.*"

13. On November 10, 2021 the Quotation was signed and $285,000.00 wired to USA Marine to confirm work of the Outta Touch engine rebuilds.

14. Two subsequent payments were made to USA MARINE, the first on December 13, 2021 in the amount of $39,750.00 and a second on December 15, 2021 in the amount of $35,250.00.

15. The rebuild was undertaken at Rybovich Boat Yard in Palm Beach, Florida.

16. On December 15, 2021, at 11:00 AM, following completion of the referenced port and starboard engine rebuilds and the final payment referenced in Paragraph 14, the M/Y *Outta Touch* left the Rybovich Boat Yard and sailed to Fort Lauderdale to refuel and check her engines with Jason Buchanon of USA MARINE aboard the vessel, along with his his rebuild team (Joel, Kevin and Andrew).

17. The purpose of having Mr. Buchanon and the USA MARINE team aboard the M/Y *Outta Touch* was to sea trial the vessel and monitor the freshly rebuilt engines.

18. Subsequent to arrival in Fort Lauderdale (after an absurdly short four (4) hour sea trial), USA MARINE took oil samples but no fuel samples. To date, the corresponding oil sample reports have never been tendered to OUTTA TOUCH despite numerous requests for same.

19.     The M/Y *Outta Touch* remained in Fort Lauderdale for 3 hours before departing for St. Thomas. In that time, USA MARINE never checked any of the vessels systems besides the above-described oil samples and dipstick.

20.     Once in Fort Lauderdale, the Captain and crew of the M/Y *Outta Touch* were given the green light to proceed to St. Thomas in order to pick up a scheduled charter and, at 18:15 hours (on December 15, 2021), the vessel departed from Fort Lauderdale with a destination of St. Thomas via the Bahamas. Andrew from USA MARINE remained onboard but Jason Buchanon, Kevin and Joel declined to continue the voyage.

21.     Once at sea, the conditions were initially moderate with four-to-five-foot swells but, by 22:00 hours, as the M/Y *Outta Touch* neared Bimini, the seas calmed and the yacht was seemingly running well.

22.     However, as the journey continued into December 16, 2021, at 2:00 hours, a cascading series of failures commenced, after the motors had only been running for approximately 11 hours (4 hours to Fort Lauderdale and an additional 7 hours on to the Bahamas).

23.     The first alert to occur was a PORT LOW OIL PRESSURE warning light in the vicinity of Chub Cay, which caused the port engine to shut itself down.

24.     Shortly thereafter, a second alert signalled STARBOARD SIDE LOW COOLANT causing the alarms to sound and the crew to decide to go to the closest port, Nassau, Bahamas (60 miles to Nassau vs. 100 miles to FLL).

25.     At approximately 06:00 hours that same day, while in route to Nassau, both engines shut down approximately ten (10) nautical miles from Nassau rendering the M/Y *Outta Touch* a dead ship in the middle of the ocean.

26. The M/Y *Outta Touch* floated for the next two to three hours after which conditions rapidly deteriorated with the wind picking up and increasing rolling and heaving seas.

27. The weather deteriorated so significantly that the glass top of the galley stove cracked, a ceiling panel in dining room fell and miscellaneous minor items were damaged.

28. Andrew of USA MARINE broke his thumb during this period while the M/Y *Outta Touch* was left floating at the mercy of these poor weather conditions. Fortunately, however, the crew was able to restart the starboard engine and then the port engine and the yacht was able to make way to Nassau, arriving at 09:00 hours.

29. Once safely docked in Nassau, Andrew from USA MARINE telephoned Jason Buchanon at USA MARINE to notify him of the failure issues (coolant on starboard side and low oil pressure on port) during the crossing and Jason Buchanon of USA MARINE agreed to book a flight from Fort Lauderdale to Nassau to assess the situation.

30. At this time, OUTTA TOUCH was also told that Kevin from USA MARINE would accompany Mr. Buchanon to Nassau assist in assessing causation for the failure of both engines following a costly rebuild. Andrew flew back to Florida to treat his thumb which was broken during the crossing.

31. On December 17, 2021, Jason Buchanon and Kevin of USA MARINE arrived in Nassau. Since Jason couldn't bring coolant and oil on his airplane flight, the crew of the M/Y *Outta Touch* scrambled around Nassau to find both lubrication oil and coolant since USA MARINE did not provide spare inventory. OUTTA TOUCH did have 10 gallons of spare inventory oil which they did not want to use due to the continuing crossing, but USA MARINE insisted on using that entire inventory in assessing the damage.

32. At 18:00 hours on December 17, 2021, Andrew of USA MARINE returned to the vessel, along with another USA MARINE employee, Giovanni. At this point, four (4) USA MARINE employees were onboard the M/Y *Outta Touch* assessing what is clearly a serious problem with a just completed $375,000.00 rebuild of both the port and starboard engines.

33. Rather than assess the shoddy workmanship of USA MARINE, all four USA MARINE employees went to the Atlantis casino and did not return until 3:00 hours on December 18, 2021.

34. Adding insult to injury, at 09:30 hours on December 18, 2021, Jason Buchanon and Kevin were nowhere to be found. At which time, Giovanni and Andrew, for their part, told the yacht's Captain that Jason and Kevin "can't handle the party."

35. Later in the day on December 18, 2021, the USA MARINE employees advised the Captain of the M/Y *Outta Touch* that all issues had been "*resolved*" but that, because they hadn't been able to get coolant delivered to Nassau, they had used water instead in the interim. They promised that coolant would be delivered to the vessel in St. Thomas.

36. That same evening, and specifically at 22:30 hours, Jason and Kevin left the M/Y *Outta Touch* without notice to the Captain or crew.

37. Foolishly thinking that the significant engine problems experienced on the way to Nassau had been resolved based on the representations of the "hung over" USA MARINE employees prior to their sudden departure the day before, the M/Y *Outta Touch* departed Nassau for their originally intended destination, St. Thomas, on December 19, 2021 at 17:00 hours.

38. The seas were rough, but not as bad as the Fort Lauderdale / Nassau leg, with sea conditions averaging three to four feet with swells of four to five feet.

39.     Approximately one (1) hour after departing Nassau, however, another alert presented, this time reading PORT SIDE LOW OIL PRESSURE. USA MARINE employees, Andrew and Giovanni, who remained onboard to troubleshoot were advised by the Captain that since this was the very same fault as occurred before (low oil on port side), the issue clearly was not resolved.

40.     The following day, December 20, 2021, while enroute to St. Thomas, four different alarms sounded at different times (actions taken if any noted), as follows:

| | |
|---|---|
| 10:00 hours | PORT ENGINE OIL PRESSURE ALARM sounds |
| 13:00 hours | PORT ENGINE OIL PRESSURE ALARM sounds |
| 14:00 hours | Andrew puts oil pressure sensor on low voltage to silence alarm. |
| 20:00 hours | STARBOARD ENGINE LOSING COOLANT sounds<br>Due to the absence of coolant the engine is again refilled with water. |
| 22:00 hours | PORT ENGINE OIL PRESSURE ALARM sounds at 124 psi<br>124 psi is a dangerously high pressure. |

41.     The next day, December 21, 2021, still underway to St. Thomas, more problems arose and more alarms sounded (actions, if any taken, noted) in five to six foot seas:

| | |
|---|---|
| 02:00 hours | LEAK ON PORT SIDE TURBO MANIFOLD<br>Port side starts sweating. |
| 18:00 hours | PORT ENGINE LOW OIL PRESSURE ALARM sounds at 41 psi<br>41 psi is far too low to operate at speed without risking engine damage. |
| 18:00 hours | Starboard engine coolant level noted as once again low. |

42.     The very next day, December 22, 2021, while still underway to St. Thomas, serious problems continued and multiple alarms and warnings presented. Corresponding actions taken are noted as follows:

| | |
|---|---|
| 02:00 hours | PORT ENGINE LOW PRESSURE ALARMS SOUNDS |

| | |
|---|---|
| 03:00 hours | Captain notes 40% of fuel is used.<br>This confirms *Outta Touch* is losing fuel way too quickly. |
| 05:00 hours | Captain notes 50% of fuel has now been consumed.<br>Location: 40 NM west from the entrance to the port of San Juan. |
| 07:00 hours | STARBOARD ENGINE LOW COOLANT LEVEL REGISTERS<br>Sea state is 3-4'.<br>2 main tanks are approaching minimum fuel levels of 10% (not below). The crew decides to turn to San Juan for shelter and engine check. |
| 12:00 hours | *Outta Touch* arrives at San Juan Bay Marina, Puerto Rico.<br>*Outta Touch* is refueled and rinsed down.<br>USA MARINE engineers attempt again to resolve STBD engine cooling leak and PORT low oil pressure alarms. |
| 16:00 hours | USA MARINE assures Captain that all issues are resolved and essential pre-departure checks are completed. |
| 17:00 hours | *Outta Touch* departs for St. Thomas with her tender in tow. |
| 17:07 hours | Donovan Smith of USA MARINE sees black smoke coming from the *Outta Touch* port engine exhaust system.<br>Donovan and Andrew (both of USA Marine) go to engine room to inspect, and radio the captain to return back to San Juan.<br>Captain Marnus Els attempts to comply with USA instruction to return *Outta Touch* to port at San Juan Bay Marina.<br>Concurrently Andrew and Donovan of USA MARINE pump oil into the port engine waste tank because oil is leaking out of the heartier pipes and exhaust flanges, indicating a diesel fuel leak into motor.<br>STBD motor starts to lose power, hampering steering and maneuvering of the yacht.<br>Nevertheless, Outta Touch limps back to San Juan Harbor. |
| 18:00 hours | *Outta Touch* safely docks in San Juan Bay Marina.<br>Andrew and Giovanni (USA MARINE) immediately start to pull injectors on the PORT engine to inspect and find the cause of excess diesel entering the oil pain. |

43.   The very next day, December 23, 2021, Tom from USA MARINE flies from Fort Lauderdale to San Juan with replacement injectors. After 24 hours, USA MARINE once again ensures that all issues have been resolved and that *Outta Touch* is ready to safely proceed to St. Thomas.

44. The following day, December 24, 2021 the full USA MARINE team departs *Outta Touch* and is never seen again.

45. On December 28, 2021 at 16:00 hours, *Outta Touch*'s engines undergo their pre-departure tests. The Starboard engine coolant level is still leaking but at a slower pace so the coolant is topped yet again.

46. On December 28, 2021 at 16:30 hours, *Outta Touch* departs San Juan Bay Marina and, almost immediately, the Starboard engine loses power. Fluctuations in RPMs also cause limited steering ability. *Outta Touch* makes it back to dock but crew members are forced to jump off to the dock to tie her lines due to the limited ability to steer.

47. Given the derelict, unworkmanlike and utterly failed engine overhauls performed by USA MARINE at a cost of $375,000.00, the Plaintiff retains Antilles Marine is San Juan to first assess the damage and then ultimately to rebuild the engines from scratch, once again.

48. Antilles fully documented the slip shot overhaul performed by USA MARINE.

49. It cannot be refuted that the USA MARINE engine overhauls failed and that the USA MARINE personnel who made the voyage with the *Outta Touch*, until they literally abandoned ship, could not rectify the egregious deviations in the overhaul of both the Port and Starboard engines undertaken by the Defendant, USA MARINE.

**COUNT I**
**BREACH OF CONTRACT**

50. OUTTA TOUCH adopts and re-alleges paragraphs 1-49 above as though fully set forth herein and further states:

51. This is a cause of action for Breach of Contract, specifically the Contract by and between Plaintiff, OUTTA TOUCH, and Defendant, USA MARINE.

52. On or about November 10, 2021, USA MARINE issued its Quotation Number USA7602.1 to OUTTA TOUCH for the overhaul of both the Port and Starboard engines of the M/Y *Outta Touch* (a copy of which is appended hereto and marked as "**Exhibit A**").

53. The Quotation/Contract called for the full and complete rebuild of the Port and Starboard engines of the *Outta Touch* for the agreed sum of $375,000.00.

54. OUTTA TOUCH accepted the pricing terms and tendered the full overhaul cost to USA MARINE in four payments - $15,000.00, $285,000.00, $39,750.00 and $35,250.00.

55. On or about December 15, 2021, after tender of the final payment, USA MARINE certified that the contracted overhauls had been completed and that *Outta Touch* was ready to cruise. Nothing could have been further from the truth.

56. As set forth in the Facts Common to All Counts plead herein, the engines developed problems mere hours after the *Outta Touch* departed the Rybovich Boat Yard where the overhauls were undertaken, while USA MARINE engineers were still onboard.

57. Notwithstanding the fact that USA MARINE had put its own technicians on the voyage to St. Thomas, those technicians were unable to make their recently overhauled engines perform placing the vessel and its crew in danger.

58. Ultimately both engines suffered catastrophic failures, necessitating full rebuilds of each in Puerto Rico by Antilles Marine at a cost of nearly $400,000.00.

WHEREFORE, OUTTA TOUCH seeks damages from USA MARINE for the coast of rebuilding her engines for a second time, lost charter revenue and all compensatory damages, Court costs and any and all further relief which this Court deems just and proper.

## COUNT II
## BREACH OF EXPRESS WARRANTY

59. OUTTA TOUCH adopts and re-alleges paragraphs 1-49 above as though fully set forth herein and further states:

60. This is a cause of action for breach of USA MARINE's Written Warranty.

61. The Quotation/Contract between OUTTA TOUCH and USA MARINE includes the following:

"*WARRANTY*

*USA Marine Engines LLC offers a 12 month warranty or 500 hours, whichever comes first around the globe.*"

62. Not only did both the Port and Starboard engines overhauled by USA MARINE fail within hours of the *Outta Touch*'s departure from the Rybovich boat yard, the USA MARINE technicians on the vessel could not correct the continuous, life and vessel threatening problems encountered in making way to St. Thomas, a destination never reached as a result of the catastrophic failure of both engines.

63. Even more astounding is the fact that following the first forced deviation to San Juan, and after confirming that the engines were fully operational and the vessel ready for continuing voyage to St. Thomas, the USA MARINE technicians literally abandoned ship and departed for parts unknown on December 24, 2021.

64. Of course, both engines failed minutes after leaving San Juan for the second time.

65. USA MARINE was advised of the engine failures immediately following the vessel's failed attempt to depart San Juan on December 28, 2021 but took no action to dispatch technicians to the vessel or correct their botched overhaul, in flagrant violation of USA MARINE's Written Warranty.

66. As a direct and proximate result of USA MARINE's failure to honor its own Written Warranty, OUTTA TOUCH was forced to retain Antilles Marine to rebuild the engines in

Puerto Rico where the vessel was stranded at a cost in excess of $400,000.00 excluding ancillary costs.

WHEREFORE, OUTTA TOUCH seeks damages from USA MARINE for the coast of rebuilding her engines for a second time, lost charter revenue and all compensatory damages, Court costs and any and all further relief which this Court deems just and proper.

## COUNT III
### BREACH OF IMPLIED WARRANTY
### OF WORKMANLIKE PERFORMANCE

67. OUTTA TOUCH adopts and re-alleges paragraphs 1-49 above as though fully set forth herein and further states:

68. This is a cause of action for Breach of the Implied Warranty of Workmanlike Performance shrouding the OUTTA TOUCH / USA MARINE rebuild contract.

69. Implied in every contract for marine services is the Warranty of Workmanlike Performance, a broad warranty covering a multitude of deficiencies which need not be written to vest and which is instead implied in the underlying contract.

70. In this matter, USA MARINE breached the Implied Warranty of Workmanlike Performance in one of more of the following ways: (a) failing to turnover serviceable and functioning engines at the completion of a $375,00.00 overhaul; (b) sloppy and inadequate workmanship in implementing the agreed engine overhauls; (c) failure to select and use the correct original equipment manufacturer specified parts in the rebuilding of the subject engines; and, (d) dispatching competent and qualified technicians not simply to perform the contract rebuilds, but to insure the engines didn't suffer a catastrophic failure in the earliest hours of operation.

71. As a direct and proximate result of USA MARINE's breach of the implied warranty of workmanlike performance in the engine overhaul, the rebuilt engines suffered catastrophic failures necessitating the rebuilding of both engines for a second time in a remote location

WHEREFORE, OUTTA TOUCH seeks damages from USA MARINE for the coast of rebuilding her engines for a second time, lost charter revenue and all compensatory damages, Court costs and any and all further relief which this Court deems just and proper.

## COUNT IV
## BREACH OF IMPLIED WARRANTY OF
## FITNESS FOR PARTICULAR PURPOSE

72. OUTTA TOUCH adopts and re-alleges paragraphs 1-49 above as though fully set forth herein and further states:

73. This is a cause of action for breach of the Implied Warranty of Fitness for Particular Purpose.

74. Implicit in the Engine Overhaul Contract between OUTTA TOUCH and USA MARINE ("**Exhibit A**" hereto) is the reasonable expectation that at the completion of the contracted engine overhaul(s) that said engines would be fit for their intended purpose – powering the M/Y *Outta Touch*.

75. As detailed in paragraphs 8 through 49 of this Complaint, not only were the subject engines not fit for their intended purpose at repair completion, but also those same engines malfunctioned hours after overhaul completion and full and final payment, with continuing malfunctions over the next 13 days before the catastrophic failure of both engines, necessitating yet another engine rebuild, this time in Puerto Rico where *Outta Touch* was stranded.

76. As a direct and proximate result of the failure of both the port and starboard engines of the M/Y "*Outta Touch*" 13 days after redelivery of the yacht to OUTTA TOUCH by USA

MARINE, USA MARINE irrefutably breached the Implied Warranty of Fitness for Particular Purpose resulting in damages to OUTTA TOUCH.

WHEREFORE, OUTTA TOUCH seeks damages from USA MARINE for the coast of rebuilding her engines for a second time, lost charter revenue and all compensatory damages, Court costs and any and all further relief which this Court deems just and proper.

Dated this 28th of March 2022.

Respectfully submitted,

                                            **Campbell Johnston Clark, LLP**
                                            *Attorneys for the Plaintiff*
                                            2600 Douglas Road, Suite 508
                                            Coral Gables, FL  33134
                                            Tel. : 786-204-3784
                                            Email: neil@cjclaw.com
                                            Email: chase@cjclaw.com
                                            Email: cindy@cjclaw.com

By:          */s/ Neil Bayer*
               Neil Bayer, Esq.
               Fla Bar No.: 615684

By:          */s/ Chase A. Jansson*
               Chase Alexandra Jansson, Esq.
               Fla Bar No.: 1002265